IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SNL FINANCIAL, LC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 3:09cv00010 |
| | ) |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR SUMMARY JUDGMENT**

Defendant Philadelphia Indemnity Insurance Company, by counsel and pursuant to Fed. R. Civ. Proc. R. 56(a), moves this Honorable Court for Summary Judgment on grounds there are no genuine issues with regard to any material fact, and it is entitled as a matter of law to Judgment in its favor on all Counts in the Complaint.

In support of its Motion, Philadelphia Indemnity Insurance Company respectfully directs the Court's attention to its Statement Of Material Facts As To Which There Is No Genuine Issue, and Memorandum of Points and Authorities in Support, attached hereto and incorporated herein by reference.

WHEREFORE, the Motion for Summary Judgment of defendant Philadelphia Indemnity Insurance Company should be granted.

Respectfully submitted,

_____/s/_____
David D. Hudgins (Virginia Bar No. 20602)
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA  22314
(703) 739-3300; Fax: (703) 739-3700
dhudgins@hudginslawfirm.com
*Counsel for Philadelphia Indemnity Insurance Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of August, 2009 I forwarded electronically defendant's Motion for Summary Judgment to the following counsel of record:

Thomas E. Albro (Virginia Bar. No. 12812)
Tremblay & Smith, LLP
105-109 East High Street
P.O. Box 1585
Charlottesville, VA  22902
(434) 977-4455; Fax:  (434) 979-1221
Tom.Albro@tremblaysmith.com
*Counsel for SNL Financial, LC*

Dennis S. Rooker (Virginia Bar No. 16459)
Dennis S. Rooker, PC
1421 Sachem Place, Suite 3
Charlottesville, VA  22901
(434) 977-7424; Fax: (434) 974-7600
*Counsel for SNL Financial, LC*

_____/s/_____
David D. Hudgins (Virginia Bar No. 20602)
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA  22314
(703) 739-3300; Fax: (703) 739-3700
dhudgins@hudginslawfirm.com
*Counsel for Philadelphia Indemnity Insurance Company*