

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SNL FINANCIAL LC,<br><br>                              *Plaintiff,*<br><br>v.<br><br>PHILADELPHIA INDEMNITY<br>INSURANCE CO.,<br><br>                              *Defendant.* | CIVIL NO. 3:09cv00010<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

      In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that Plaintiff's motion for summary judgment is GRANTED in part and DENIED in part. Plaintiff's motion for summary judgment is GRANTED to the extent it asks this Court for a declaratory judgment in the matter, but DENIED to the extent it asks the Court to award attorneys' fees. Defendant's motion for summary judgment is DENIED.

      It is so ORDERED.

      The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: This 30th Day of Sept, 2009

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE