# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SNL FINANCIAL, LC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 3:09cv00010 |
| | ) |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that defendant Philadelphia Indemnity Insurance Company appeals to the United States Court of Appeals for the Fourth Circuit the Order denying defendant Philadelphia's Motion for Summary Judgment and granting in part plaintiff SNL Financial, LC's Motion for Summary Judgment entered in this action on September 30, 2009.

_____/s/_____
David D. Hudgins (Virginia Bar No. 20602)
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA  22314
(703) 739-3300; Fax: (703) 739-3700
dhudgins@hudginslawfirm.com
*Counsel for Philadelphia Indemnity Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of October, 2009 I forwarded electronically defendant's Notice of Appeal to the following counsel of record:

Thomas E. Albro (Virginia Bar. No. 12812)
Tremblay & Smith, LLP
105-109 East High Street
P.O. Box 1585
Charlottesville, VA  22902
(434) 977-4455; Fax:  (434) 979-1221
Tom.Albro@tremblaysmith.com
*Counsel for SNL Financial, LC*

Dennis S. Rooker (Virginia Bar No. 16459)
Dennis S. Rooker, PC
1421 Sachem Place, Suite 3
Charlottesville, VA  22901
(434) 977-7424; Fax: (434) 974-7600
*Counsel for SNL Financial, LC*

_____/s/_____
David D. Hudgins (Virginia Bar No. 20602)
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA  22314
(703) 739-3300; Fax: (703) 739-3700
dhudgins@hudginslawfirm.com
*Counsel for Philadelphia Indemnity Insurance Company*